IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In Re: | * |
| | *  Chapter 13 |
| APRIL MARIE CHISHOLM, | *  Case Number:  19-13975- HAC |
| | * |
| Debtor. | * |
| | * |

## OBJECTION TO PROOF OF CLAIM NO. 9
## FILED BY U.S. BANK TRUST, NATIONAL ASSOCIATION,
## AS TRUSTEE OF THE TIKI SERIES IV TRUST

COMES NOW April Marie Chisholm, Debtor, by and through undersigned Counsel, and hereby files this objection to Proof of Claim No.9 filed by U.S. Bank Trust, National Association, As Trustee of the Tiki Series IV Trust (hereinafter referred to as "Creditor"), and in support thereof, states as follows:

1. Debtor filed the instant case on or about November 12, 2019.

2. Creditor filed Proof of Claim No.9 as a secured claim in the amount of $2,629.40 for post-petition arrears per consent order entered on January 22, 2021, as per Doc #54.

3. Creditor also filed Proof of Claim No.8 as a secured claim in the amount of $2,629.40 for post-petition arrears per consent order entered on January 22, 2021.

4. On March 29, 2021, a Transfer of Claim Other than for Security was filed showing MTGLQ Investors, L.P. transferred this debt to U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust.  This automatically would result in Proof of Claim No. 8 being paid to Creditor, however, Creditor filed Proof of Claim No. 9 after this for these post-petition arrears, which is now resulting in this debt being paid twice.

5. Debtor avers Proof of Claim No.9 is duplicative of Proof of Claim No. 8 filed by Creditor.

Case 19-13975    Doc 65    Filed 04/28/21    Entered 04/28/21 08:31:40    Desc Main
Document    Page 1 of 2

WHEREFORE, the premises considered, Debtor prays that this Court will deny Proof of Claim No. 9 such that no payment shall issue, along with all other and further relief as this Court deems just.

Respectfully submitted,

    /s/ Stephen L Klimjack
STEPHEN L. KLIMJACK (KLIMS7892)
Stephen L. Klimjack, LLC
1252 Dauphin Street
Mobile, AL 36604-2520
(251) 694-0600
(251) 694-0611 fax
pleadings@klimjack.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 28th day of April, 2021, a copy of the foregoing document was served on the Trustee, Daniel B. O'Brien, by the U.S. Bankruptcy Court Electronic Filing System (ECF), and upon the following via United States Mail, first class postage prepaid:

U.S. Bank Trust, National Association, as Trustee of the Tiki Series IV Trust
c/o SN Servicing Corporation
323 Fifth St.
Eureka, CA 95501

Andrew Cecere
CEO
U.S. Bank
425 Walnut Street
Cincinnati, OH 45202
**VIA CERTIFIED MAIL**

SN Servicing Corporation
c/o Corporation Service Company, Inc.
Registered Agent
641 South Lawrence Street
Montgomery, AL 36104

    /s/ Stephen L Klimjack
STEPHEN L. KLIMJACK